```
 1  Michael I. Spiegel – SBN 32651
    Charles M. Kagay – SBN 73377
 2  Donald C. Smaltz – SBN 37312
      Of Counsel
 3  SPIEGEL LIAO & KAGAY, LLP
    388 Market Street, Suite 900
 4  San Francisco, California 94111
    Telephone: (415) 956-5959
 5
    Attorneys for Appellant/Appellee
 6    Scott A. McMillan

 7  Vern D. Blanchard
    539 Steffy Road
 8  Ramona, CA 92065
    (760) 789-2442
 9  (760) 789-2777 facsimile

10  Appellee/Appellant in pro se
```

ORIGINAL FILED

06 SEP 13 AM 9:47

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>VERN D. BLANCHARD dba<br>AMERICAN MULTI-SYSTEMS,<br><br>                    Debtor. | Civil Nos.: 06cv146-LAB(WMc)<br>and 06cv580-LAB(WMc)<br><br>Bankruptcy Case No. 96-12037-H7<br><br>Bankruptcy Adv. No. 99-90357<br><br>BAP No. SC-05-1112 |

## STIPULATION AND (PROPOSED) ORDER RE BRIEFING SCHEDULE

By Order filed August 1, 2006, the Court directed the parties to stipulate to a schedule to complete briefing in the above-captioned appeals.

The parties STIPULATE as indicated below.

1

Stipulation and Order re Briefing Schedule – Nos. 06cv146 and 06cv580
SPIEGEL LIAO & KAGAY, LLP 388 MARKET STREET, SUITE 900 SAN FRANCISCO, CA 94111

1 | Dated:

*[signature]*
Charles M. Kagay
Attorney for Scott A. McMillan

Dated:

*[signature]*
Vera Blanchard
se

**ORDER**

Briefing of the above-captioned bankruptcy appeals will be completed according to Local Rule 7.1.e, governing the time for briefing in motion practice, *as calculated from the September 18, 2006 hearing date on Calendar*.

IT IS SO ORDERED.

Dated: 9-7-06

*[signature]*
Hon. Larry Alan Burns
United States District Judge

2

Stipulation and Order re Briefing Schedule – Nos. 06cv146 and 06cv580
SPIEGEL LIAO & KAGAY, LLP 388 MARKET STREET, SUITE 900 SAN FRANCISCO, CA 94111

## DECLARATION OF SERVICE BY MAIL

RE: IN RE VERN D. BLANCHARD dba AMERICAN MULTI-SYSTEMS
Civil Nos.: 06cv146-LAB(WMc) and 06-cv580-LAB(WMc)
Bankruptcy Case Nos. 96-12037-H7; 99-90357
BAP No. SC-05-1112

I, Cynthia Shannon, declare that I am over 18 years of age, employed in the county of San Francisco, and not a party to the within action; my business address is 388 Market Street, Suite 900, San Francisco, California 94111. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

On September 5, 2006, I served a true copy of the following document(s):

**STIPULATION AND (PROPOSED) ORDER RE BRIEFING SCHEDULE**

on all the party or parties named below, in this action, by placing a true copy thereof in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepaid, in the united States Postal Service that same day in the ordinary course of business, addressed as follows:

Gary B. Rudolph
Sparber Rudolph Annen, PLC
701 "B" Street, Suite 1000
San Diego CA 92101

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this declaration was executed on September 5, 2006, at San Francisco, California.

Cynthia Shannon
(Typed name)

(Signature)

P:\MyFiles\596\596 DECL. OF SERVICE-2005.wpd